LAW OFFICES OF JANICE S. CLEVELAND
JANICE S. CLEVELAND- State Bar No. 147313
5041 La Mart Drive, Suite 230
Riverside, CA 92507
Telephone (951) 680-9195
Facsimile (951) 781-9560
E-Mail JSCleve@Charter.net

LAW OFFICE OF GARY S. BENNETT
GARY S. BENNETT - State Bar No. 162411
23161 Mill Creek Dr. #170
Laguna Hills, CA 92653
Telephone (949) 837-9091
Facsimile (949) 837-8240

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SUSAN LEE BARKER,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERSIDE COUNTY OFFICE OF EDUCATION, and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO.: EDCV 07-0274 SGL (JCRx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Def.R.Civ.P. 41(a) |

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

NOTICE OS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the Third Cause of Action of her Complaint without prejudice.

Plaintiff's Complaint initially contained three Causes of Action. The First Cause of

1

Action for violation of § 504 of the Rehabilitation Act, the Second Cause of Action for violation of Title II of the Americans With Disabilities Act and the Third Cause of Action for violation of Title VI of the Civil Rights Act of 1964.

On August 2, 2007 this Court entered an Order Granting Defendant's Motion to Dismiss as to the First and Second Causes of Action of Plaintiff's Complaint, leaving only the Third Cause of Action.

Plaintiff now voluntarily dismisses without prejudice, the Third Cause of Action, which is the only remaining Cause of Action.

DATED: August 13, 2007.

LAW OFFICES OF JANICE S. CLEVELAND

By: /s/ Janice S. Cleveland
JANICE S. CLEVELAND
Attorneys for Plaintiff SUSAN LEE BARKER

**IT IS SO ORDERED**
DATE 8/14/07

**U.S. DISTRICT COURT JUDGE**

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

2

BARKER V. RIVERSIDE COUNTY OFFICE OF EDUCATION
EDCV 07-0274 SCL (JCRx)

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss
COUNTY OF RIVERSIDE   )

I am a resident of the County of Riverside; I am over the age of eighteen and not a party to the within action; my business address is 5041 La Mart Drive, Suite 230, Riverside, California 92507.

On August 13, 2007 I served the foregoing document(s): **NOTICE OF VOLUNTARY DISMISSAL** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully in the United States mail at Riverside, California, addressed as follows:

> John Deitrich, Esq.
> Atikinson, Andelson, Loya, Rudd & Romo
> 3612 Mission Inn Avenue, Upper Level
> Riverside, California 92501

Executed on August 13, 2007 at Riverside, California.

I declare under penalty of perjury that the above is true and correct.

JANICE S. CLEVELAND

Page 1 of 1