U.S. COURT
PASADENA

SEP 1 2 2007

FILED
DOCKETED
DATE            INITIAL

FILED
CLERK US DISTRICT COURT
OCT 10 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

## CASE INFORMATION:

Short Case Title: Barker v. Riverside County Office of Education et al
Court of Appeals No. (leave blank if unassigned) 07-56513
U.S. District Court, Division & Judge Name Central California, ED, Hon. Stephen G. Larson
Criminal and/or Civil Case No. 5:07-cv-00274-SGL-JCR
Date Complaint/Indictment/Petition Filed: 03/08/2007
Date Appealed order/judgment *entered*: 8/2/07
Date NOA *filed*: 08/29/2007
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall  213-894-3015

DOCKETED ON CM
OCT 10 2007
BY ____

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____              Date Docket Fee Billed: 9/6/07
Date FP granted: _____                    Date FP denied: _____
Is FP pending? ☐ yes ☐ no                  Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellate Counsel:                          Appellee Counsel:

Janice S Cleveland                          John William Dietrich
Janice S Cleveland Law Offices              Atkinson Andelson Loya Ruud & Romo
5041 La Mart Drive, Suite 230               3612 Mission Inn Ave Upper Level
Riverside, CA 92507                         Riverside, CA 92501
951-680-9195                                909-683-1122

☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____  *Please at*

**DEFENDANT INFORMATION**
Prisoner ID _____                    Address:
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid 9/6/07                 9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: C. REYES
                                                     213 894-3570